UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 14-23258-Civ-COOKE/MCALILEY

PIERRE ANES DARVILMAR and
GENESILIA JOSEPH,
individually and on behalf of
all other persons similarly situated

       Plaintiffs,

vs.

IMPACT STAFF LEASING, INC.,

       Defendant.
_____/

**NOTIFICATION OF 90 DAYS EXPIRING
AND RIPENESS FOR DECISION OR HEARING**

Defendant, IMPACT STAFF LEASING, INC. (hereinafter referred to as "Defendant"), hereby requests, pursuant to S.D. Fla. L. R. 7.1(B)(3), that the clerk notify the Court that the following pleadings are ripe for an order resolving them or setting them for hearing:

1. Defendant's Motion to Dismiss for Failure to State a Claim for which Relief can be Granted, or, in the alternative, Motion to Dismiss for Failure to Join an Indispensable Party filed and served on October 7, 2014 (DE #17);

2. Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to State a Claim for which Relief can be Granted, or, in the alternative, Motion to Dismiss for Failure to Join an Indispensable Party filed and served on October 23, 2014 (DE #21); and,

3. Defendant's Reply to Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss for Failure to State a Claim for which Relief can be Granted, or, in the alternative, Motion

to Dismiss for Failure to Join an Indispensable Party filed and served on October 29, 2014 (DE # 22).

**DATED:** December 29, 2014                Respectfully submitted,

                s/Stephanie M. Rosin\_\_\_\_
                **Stephanie M. Rosin, Esq.**
                Florida Bar Number 95722
                E-mail: Stephanie@signaturestaffinginc.com
                Impact Staff Leasing, Inc.
                6366 U.S. Highway 27 North
                Sebring, Florida 33870
                Telephone: (863) 201-9211
                Facsimile: (863) 201-9225
                *Attorney for Defendant*
                *Impact Staff Leasing, Inc.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that that on December 29, 2014, I have filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record identified in the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/Stephanie M. Rosin\_\_\_
                **Stephanie M. Rosin, Esq.**
                Florida Bar Number 95722
                E-mail: Stephanie@signaturestaffinginc.com
                Impact Staff Leasing, Inc.
                1572 U.S. Highway 27 North
                Avon Park, FL 33825
                Telephone: (863) 201-9211
                Facsimile: (863) 201-9225
                *Attorney for Defendant*
                *Impact Staff Leasing, Inc.*

## SERVICE LIST

**Gregory S. Schell, Esq.** (*via CM/ECF*)
E-mail: Greg@FloridaLegal.org
Migrant Farmworker Justice Program
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3819
Facsimile: (561) 582-4884
*Attorney for Plaintiffs*
*Pierre Anes Darvilmar and Genesilia Joseph, et al.*